Steven P. Brendemuehl (Bar No. 553225)
Law Office of Steven P. Brendemuehl
5 Commonwealth Road ~ Suite 4A
Natick, MA 01760
Phone:  (508) 651-1013
Fax:       (508) 651-0508
Email:   Steven@lawofficespb.com

Attorney for Plaintiffs,
ACK Residents Against Turbines,
and Vallorie Oliver

# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACK RESIDENTS AGAINST TURBINES; and VALLORIE OLIVER,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. BUREAU OF OCEAN ENERGY MANAGEMENT; NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION; NATIONAL MARINE FISHERIES SERVICE; DEB HAALAND Secretary of the Interior; GINA M. RAIMONDO, Secretary of Commerce,<br><br>    Defendants, | Case No. 1:21-CV-11390-ADB<br><br>**MOTION OF LOCAL COUNSEL TO ADMIT DAVID P. HUBBARD *PRO HAC VICE*; CERTIFICATION OF DAVID P. HUBBARD** |

## MOTION TO ADMIT DAVID P. HUBBARD *PRO HAC VICE*

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.5.3 of the Rules of this Court, local counsel for Plaintiffs, Steven P. Brendemuehl, moves for the admission of David P. Hubbard, *pro hac vice,* on the following grounds:

1. David P. Hubbard is admitted to practice and is in good standing before the United States Court of Appeals, Ninth Circuit; United States District Court, Eastern District of California; United States District Court, Central District of California; United States District Court, Southern District of California; United States District Court, Northern District of California; and State Court of California.  I have verified Attorney Hubbard's active membership and good standing in these courts by checking the associated websites operated by these courts.

2. David P. Hubbard has reviewed and is familiar with the Local Rules of this Court.

3. The undersigned, an attorney admitted to practice and in good standing before this Court, has appeared in this action.

          The Plaintiffs,
          ACK Residents Against Turbines
          and Vallorie Oliver,
          By Their Attorney,

          /s/ Steven P. Brendemuehl
          Steven P. Brendemuehl (BBO# 553225)
          Law Office of Steven P. Brendemuehl
          5 Commonwealth Road ~ Suite 4A
          Natick, MA 01760
          Phone: 508-651-1013 / Fax: 508-651-0508

DATED: August 31, 2021          steven@lawofficespb.com

**CERTIFICATION OF DAVID P. HUBBARD**

I, DAVID P. HUBBARD, certify as follows:

1. I am an attorney with the law offices of Gatzke Dillon & Ballance, LLP, located in Carlsbad, California. I am over 18 years of age and am competent to testify on my own behalf.

2. I am a member in good standing of every bar in which I have been admitted to the practice of law. These consist of the following: United States Court of Appeals, Ninth Circuit; United States District Court, Eastern District of California; United States District Court, Central District of California; United States District Court, Southern District of California; United States District Court, Northern District of California. In addition, I am a member in good standing of the State bar of California.

3. There are no disciplinary charges pending against me in any jurisdiction. I have never been disciplined or sanctioned by a court or bar association.

4. I have never previously had a *pro hac vice* admission to this court revoked for misconduct.

5. I have reviewed and become familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6. Steven P. Brendemuehl, a regular member of the bar of this Court, is advancing the present motion and has filed a notice of appearance in this case.

7. I affirm all of the foregoing statements under penalty of perjury under the laws of the United States of America.

DATED: August 31, 2021                               /s/ David P. Hubbard