Steven P. Brendemuehl (BBO No. 553225)
Law Office of Steven P. Brendemuehl
5 Commonwealth Road ~ Suite 4A
Natick, MA 01760
Phone: (508) 651-1013
Fax:    (508) 651-0508
Email: Steven@lawofficespb.com

David P. Hubbard, *Pro Hac Vice* (CA Bar No. 148660)
Gatzke Dillon & Ballance LLP
2762 Gateway Road
Carlsbad, CA 92009
Phone: (760) 431-9501
Fax:   (760) 431-9512
Email: dhubbard@gdandb.com

Attorney for Plaintiffs,
ACK Residents Against Turbines,
and Vallorie Oliver

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACK RESIDENTS AGAINST TURBINES; and VALLORIE OLIVER,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BUREAU OF OCEAN ENERGY MANAGEMENT; NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION; NATIONAL MARINE FISHERIES SERVICE; DEB HAALAND Secretary of the Interior; GINA M. RAIMONDO, Secretary of Commerce,<br><br>Defendants, | Case No. 1:21-CV-11390-ADB<br><br>**NOTICE OF RELATED CASE** |

PLEASE TAKE NOTICE of a pending, related case in the United States District Court for the District of Massachusetts. The related case is *Allco Renewable Energy Limited, et al. v. Deb Haaland, et al.,* 1:21-cv-11171, filed on July 18, 2021. That case challenges the same Vineyard Wind Project and involves similar Defendant federal agencies and officers.

While the Plaintiffs, claims, and remedies are not coextensive between the two cases, it is likely that there will be significant overlap in legal argument and potentially similar evidence across the two actions. It appears very likely that there would be an unduly burdensome duplication of labor and expense or the potential for conflicting results if the cases were conducted before different judges.

DATED: September 10, 2021

                                          The Plaintiffs,
                                          ACK Residents Against Turbines
                                          and Vallorie Oliver,
                                          By Their Attorney,

                                           /s/ Steven P. Brendemuehl
                                          Steven P. Brendemuehl
                                          Law Office of Steven P. Brendemuehl
                                          5 Commonwealth Road ~ Suite 4A
                                          Natick, MA 01760
                                          steven@lawofficespb.com


                                           /s/ David P. Hubbard
                                          David P. Hubbard, *Pro Hac Vice*
                                          Gatzke Dillon & Ballance LLP
                                          2762 Gateway Road
                                          Carlsbad, CA  92009
                                          dhubbard@gdandb.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to those indicated as non-registered participants on September 10, 2021.

      /s/ David P. Hubbard
David P. Hubbard, *Pro Hac Vice*
Gatzke Dillon & Ballance LLP
2762 Gateway Road
Carlsbad, CA  92009
(760) 431-9501
dhubbard@gdandb.com