UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACK RESIDENTS AGAINST TURBINES AND VALLORIE OLIVER,<br><br>      Plaintiffs,<br><br> v.<br><br>U.S. BUREAU OF OCEAN ENERGY MANAGEMENT; NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION; NATIONAL MARINE FISHERIES SERVICE; DEBRA HAALAND, Secretary of the Interior; GINA M. RAIMONDO, Secretary of Commerce,<br><br>      Defendants. | Civil Action No. 1:21-cv-11390-IT<br><br>Hon. Indira Talwani |

**FEDERAL DEFENDANTS' NOTICE OF MOTION AND
MOTION FOR SUMMARY JUDGMENT**

  PLEASE TAKE NOTICE that, pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 7.1, Federal Defendants (U.S. Bureau of Ocean Energy Management; National Oceanic and Atmospheric Administration; National Marine Fisheries Service; Debra Haaland, in her official capacity; and Gina Raimondo, in her official capacity) respectfully move for summary judgment against Plaintiffs (Nantucket (ACK) Residents Against Turbines and Vallorie Oliver) as to all claims asserted in Plaintiffs' Amended Complaint, Doc. No. 59.

  Federal Defendants' motion for summary judgment is based on: (i) this Notice and Motion; (ii) Federal Defendants' Memorandum of Points and Authorities, filed concurrently herewith; (iii) Federal Defendants' Consolidated Responses to Plaintiffs' Statement of Facts and Additional Facts in Support of Federal Defendants' Motion for Summary Judgment, filed concurrently herewith; (iv) Federal Defendants' administrative records previously filed; (v) the

joint appendix to be filed by the parties pursuant to this Court's Order, Doc. No. 94; and (vi) the arguments of counsel at the time of the Court's hearing.

| | |
|---|---|
| Date:  September 8, 2022 | Respectfully submitted, |
| *Of Counsel:* | TODD KIM<br>Assistant Attorney General |
| Pedro Melendez-Arreaga<br>Lead Attorney-Advisor<br>Offshore Renewable Energy Team<br>Division of Mineral Resources<br>Office of the Solicitor<br>U.S. Department of the Interior<br>1849 C Street, NW<br>Washington, D.C. 20240<br>(202) 513-7759<br>pedro.melendez-arrea@sol.doi.gov | Environment & Natural Resources Division<br><br>LUTHER L. HAJEK (CO Bar 44303)<br>ANGELA N. ELLIS (D.C. Bar No. 1670713)<br>Natural Resources Section<br>P.O. Box 7611<br>Washington, D.C.  20044<br>Tel. (202) 598-7942<br>Fax (202) 305-0506<br>E-mail: luke.hajek@usdoj.gov<br>E-mail: angela.ellis@usdoj.gov |
| Lea Tyhach<br>Attorney - Advisor<br>National Oceanic and Atmospheric Administration<br>Office of General Counsel, Northeast Section<br>55 Great Republic Drive<br>Gloucester, MA 01930<br>(978) 281-9242<br>lea.tyhach@noaa.gov | */s/ Mark Arthur Brown*<br>MARK ARTHUR BROWN<br>D.C. Bar No. 470050<br>Wildlife and Marine Resources Section<br>P.O. Box 7611<br>Washington, D.C. 20044-7611<br>Tel: (202) 305-0204<br>Fax: (202) 305-0275<br>E-mail: mark.brown@usdoj.gov<br><br>*Counsel for the United States* |

CERTIFICATE OF SERVICE

      Pursuant to Local Rule 5.2, I hereby certify that a true copy of the foregoing FEDERAL DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT was served upon the attorney of record for each other party by the CM/ECF electronic filing system on September 8, 2022.

                                        */s/ Mark Arthur Brown*
                                        Mark Arthur Brown