Steven P. Brendemuehl (Bar No. 553225)
Law Office of Steven P. Brendemuehl
5 Commonwealth Road ~ Suite 4A
Natick, MA 01760
Phone: (508) 651-1013
Fax:    (508) 651-0508
Email:  Steven@lawofficespb.com

Attorney for Plaintiffs,
ACK Residents Against Turbines,
and Vallorie Oliver

# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACK RESIDENTS AGAINST TURBINES; and VALLORIE OLIVER,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. BUREAU OF OCEAN ENERGY MANAGEMENT; NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION; NATIONAL MARINE FISHERIES SERVICE; DEB HAALAND Secretary of the Interior; GINA M. RAIMONDO, Secretary of Commerce,<br><br>　　　　Defendants, | Case No. 1:21-CV-11390-ADB<br><br>**MOTION OF LOCAL COUNSEL TO BE EXCUSED FROM APPEARING AT HEARING ON MOTION FOR SUMMARY JUDGEMENT** |

*MOTION OF LOCAL COUNSEL TO BE EXCUSED FROM APPEARING AT HEARING ON MOTION FOR SUMMARY JUDGEMENT.*

**MOTION TO BE EXCUSED FROM APPEARING AT HEARING**

**ON MOTION FOR SUMMARY JUDGEMENT**

NOW COMES Steven P. Brendemuehl, local counsel for the Plaintiff's, ACK Residents Against Turbines and Vallorie Oliver, and respectfully requests that this Honorable Court excuse my appearance for the Motion for Summary Judgment which is scheduled for Hearing on Tuesday, January 24, 2023 at 2:30 p.m. as previously ordered by the Honorable Allison D. Burroughs as part of the Order entered on September 3, 2021 granting the Motion of Local Counsel to Admit David B. Hubbard Pro Hac Vice. In support of said Motion local counsel states he had planned to be present for the Hearing on the Motion for Summary Judgment on January 4, 2023. Unfortunately, when the Hearing was rescheduled to January 24, 2023 at 2:30 p.m. it resulted in a conflict which would be very difficult resolve and whereas Attorney David B. Hubbard will be presenting and arguing the Motion for Summary Judgment on behalf of the Plaintiff's I would respectfully request that this Honorable Court find good cause for excusing my appearance for the Hearing on the Plaintiff's Motion for Summary Judgment scheduled to be heard on January 24, 2023.

FOR THESE REASONS, Steven P. Brendemuehl, local counsel for the Plaintiffs, respectfully requests that this Honorable Court find good cause to excuse my appearance at the Hearing on the Motion for Summary Judgement scheduled for January 24, 2023 at 2:30 p.m.

The Plaintiffs,
ACK Residents Against Turbines
and Vallorie Oliver,
By Their Attorney,

/s/ Steven P. Brendemuehl
Steven P. Brendemuehl (BBO# 553225)
Law Office of Steven P. Brendemuehl
5 Commonwealth Road ~ Suite 4A
Natick, MA 01760
Phone: 508-651-1013 / Fax: 508-651-0508
steven@lawofficespb.com

DATED: January 9, 2023

## CERTIFICATE OF SERVICE

I, Steven P. Brendemuehl, certify that this document was filed electronically through CM/ECF system and will be sent electronically via NEF to the registered participants as identified on NEF.

/s/ Steven P. Brendemuehl

DATED: January 9, 2023