UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANTUCKET RESIDENTS AGAINST TURBINES and VALLORIE OLIVER, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. BUREAU OF OCEAN ENERGY MANAGEMENT, et al., <br><br> Defendants, <br><br> and <br><br> VINEYARD WIND 1 LLC, <br><br> Intervenor-Defendant. | Civil Action No. 1:21-cv-11390-IT |

JUDGMENT

May 18, 2023

TALWANI, D.J.

Pursuant to the court's Memorandum and Order [Doc. No. 130] on the parties' cross-Motions for Summary Judgment [Doc. Nos. 88, 95, 99], JUDGMENT IS HEREBY ENTERED in favor of Defendants and Intervenor-Defendant and against Plaintiffs. All parties shall bear their own costs and fees. This case is CLOSED.

IT IS SO ORDERED

/s/ Indira Talwani
United States District Judge