# UNITED STATES DISTRICT COURT, DISTRICT OF MASSACHUSETTS
## CIVIL ACTION NO. 1:21-CV-11390-IT

| | |
|---|---|
| ACK RESIDENTS AGAINST TURBINES and VALLORIE OLIVER, )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>U.S. BUREAU OF OCEAN ENERGY MANAGEMENT; et al., )<br>)<br>Defendants, )<br>and )<br>VINEYARD WIND 1 LLC, )<br>Intervenor-Defendant. ) | NOTICE OF APPEAL |

Notice is hereby given that Nantucket Residents Against Turbines and Vallorie Oliver, Plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the First Circuit from the final judgment entered in this action on the 18th day of May 2023 [Doc No. 131].

DATED: June 13, 2023

/s/ Steven P. Brendemuehl
Steven P. Brendemuehl

Attorney for Plaintiffs, ACK Residents Against Turbines and Vallorie Oliver

Law Office of Steven P. Brendemuehl
5 Commonwealth Road ~ Suite 4A
Natick, MA 01760
(508) 651-1013
steven@lawofficespb.com

1